247 So.2d 389

**Petition of SECURITY INSURANCE COMPANY OF HARTFORD.**

**No. 51355.**

May 7, 1971.

ON REHEARING

Upon reconsideration, we have concluded that the showing made in this particular case does not warrant the exercise of our supervisory jurisdiction. The writ heretofore issued, 258 La. 545, 246 So.2d 858, is recalled and vacated.

■

247 So.2d 389

**STATE of Louisiana**

v.

**Phillip Anthony HARRIS, David Kellyon, Carol Ann Hollingsworth, and Gloria Dean Williams.**

**No. 51402.**

May 10, 1971.

In re: Phillip Anthony Harris et al. applying for writs of mandamus and prohibition.

Writ granted.

On considering the petition of relators in the above numbered and entitled cause:

It is ordered that the Honorable Joseph A. LaHaye, Judge of the Twenty-Seventh Judicial District Court for the Parish of St. Landry, furnish a transcript of all prior pleadings in State v. Harris et al, Nos. 27,098, 27,099, 27,100, at least five days prior to the trial, to counsel for defendant Harris.